GERARD B. WERNER et al., Infants, by SOPHIE WERNER, their Guardian ad Litem, Appellants, *v.* THE FRANKLIN NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, Impleaded with Others.

*Werner* v. *Franklin National Bank,* 49 App. Div. 423, affirmed.
(Argued March 18, 1901; decided April 2, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 12, 1900, modifying and affirming as modified a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*Benno Loewy* for appellants.

*Philip Carpenter* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.